UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jamal Bradshaw,<br><br>                    Plaintiff,<br><br>          -against-<br>Commissioner of Social Security,<br><br>                    Defendant. | 26CV10686 (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

IT IS HEREBY ORDERED that:

| ACTION | DUE DATE |
|---|---|
| Plaintiff's Motion for Judgment on the Pleadings | JULY 1, 2026 |
| Government's Opposition and Cross-Motion for Judgment On the Pleadings | SEPTEMBER 1, 2026 |
| Plaintiff's Reply (if any) | SEPTEMBER 15, 2026 |

The Clerk of Court is respectfully requested to terminate ECF 11.

DATED:  March 25, 2026
             New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge